**No. 66784.**—John H. Graham & Co., Inc. *v.* United States, protest 60/21853 (New York).

Opinion by Rao, J. In accordance with stipulation of counsel that the merchandise consists of foot rot secateurs similar in all material respects to those the subject of Abstract 64713, the claim of the plaintiff was sustained.